

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00137-CV

Ernesto **CASTILLO**,
Appellant

v.

**BQUARDO LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04449
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by July 7, 2022. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than August 15, 2022**, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by August 15, 2022, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(b), (c) (allowing involuntary dismissal for want of prosecution or if appellant fails to comply with court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court